7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Vince B. Tessandori
*Debtor*

*Bankruptcy Case No.*
14–42300–abf7

**United States Trustee**
  Plaintiff(s)

*Adversary Case No.*
15–04083–abf

v.

**Robert Lustig**
  Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Order Imposing Sanctions and Fines(Doc. No.8), Judgment is hereby entered in favor of the Plaintiff, Daniel J. Casamatta, Acting United States Trustee, and against the Defendant, Robert B. Lustig, d/b/a Eviction Helper, L.L.C. in the total amount of $8,000.

Paige Wymore–Wynn
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 12/10/15

Court to serve